**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re | Chapter 11 |
| ABT MOLECULAR IMAGING, INC.,[1] | Case No.  18-11398 (LSS) |
| Debtor. | **Re D.I.: 45, 109** |

**NOTICE OF RESCHEDULED**
**AUCTION AND SALE HEARING**

PLEASE TAKE NOTICE that on June 18, 2018, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Motion of the Debtor for Entry of (I) an Order (A) Approving Bid Procedures for the Sale of Substantially all of the Debtor's Assets, (B) Approving Procedures for the Assumption and Assignment of Executory Contracts or Unexpired Leases in Connection with the Sale, (C) Scheduling a Sale Hearing, and (D) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale of the Debtor's Assets, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief* [D.I. 45].

PLEASE TAKE FURTHER NOTICE that on July 16, 2018, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (A) Approving Bid Procedures for the Sale of Substantially all of the Debtor's Assets, (B) Approving Procedures for the Assumption and Assignment of Executory Contracts or Unexpired Leases in Connection with the Sale, (C) Scheduling a Sale Hearing, and (D) Granting Certain Related Relief* [D.I. 109] (the "Bid Procedures Order")[2] that, among other things, approved procedures for the solicitation and consideration of competing offers for the sale of substantially all of the Debtor's assets.

PLEASE TAKE FURTHER NOTICE that the Auction previously scheduled on August 16, 2018, at 10:00 a.m. (ET) has been rescheduled to **August 22, 2018 at 10:00 a.m. (ET)** at the offices of Debtor's counsel Bayard P.A., 600 N. King Street, Suite 400, Wilmington, DE 19801.

[*Remainder of page intentionally left blank.*]

---

[1]     The last four digits of the Debtor's federal tax identification number are 0800 and its business address is 3024 Topside Business Park, Louisville, TN 37777.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bid Procedures Order.

PLEASE TAKE FURTHER NOTICE that the Sale Hearing previously scheduled for August 17, 2018 at 11:00 a.m. (ET) has been rescheduled to **August 24, 2018 at 10:00 a.m.** before the Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801.

Dated: August 14, 2018
      Wilmington, Delaware          BAYARD, P.A.

          */s/ Daniel N. Brogan*
          Justin R. Alberto (No. 5126)
          Erin R. Fay (No. 5268)
          Daniel N. Brogan (No. 5723)
          Gregory J.  Flasser (No. 6154)
          600 N. King Street, Suite 400
          Wilmington, Delaware  19801
          Phone: (302) 655-5000
          Email: jalberto@bayardlaw.com
                efay@bayardlaw.com
                dbrogan@bayardlaw.com
                gflasser@bayardlaw.com

          *Counsel for the Debtor and*
          *Debtor-in-Possession*