# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| ABT MOLECULAR IMAGING, INC.,[1] | Case No. 18-11398 (LSS) |
| Debtor. | **Re D.I.: 45, 109, 136, 138** |

## NOTICE OF EXTENSION OF BID DEADLINE AND ADJOURNMENT OF AUCTION AND SALE HEARING

PLEASE TAKE NOTICE that on June 18, 2018, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Motion of the Debtor for Entry of (I) an Order (A) Approving Bid Procedures for the Sale of Substantially all of the Debtor's Assets, (B) Approving Procedures for the Assumption and Assignment of Executory Contracts or Unexpired Leases in Connection with the Sale, (C) Scheduling a Sale Hearing, and (D) Granting Certain Related Relief; and (II) an Order (A) Approving the Sale of the Debtor's Assets, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief* [D.I. 45].

PLEASE TAKE FURTHER NOTICE that on July 16, 2018, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (A) Approving Bid Procedures for the Sale of Substantially all of the Debtor's Assets, (B) Approving Procedures for the Assumption and Assignment of Executory Contracts or Unexpired Leases in Connection with the Sale, (C) Scheduling a Sale Hearing, and (D) Granting Certain Related Relief* [D.I. 109] (the "Bid Procedures Order")[2] that, among other things, approved procedures for the solicitation and consideration of competing offers for the sale of substantially all of the Debtor's assets.

PLEASE TAKE FURTHER NOTICE that the Bid Deadline has been extended through **August 29, 2018 at 5:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE that in connection with the extension of the Bid Deadline, the Debtor will consider waiving the formal requirements to become a Qualified Bidder set forth in the Bid Procedures Order, including without limitation, the requirement that bids provide for total cash consideration in an amount equal to or greater than $5,300,000. All parties are encouraged to submit bids by August 29, 2018 at 5:00 p.m. (ET).**

---

[1] The last four digits of the Debtor's federal tax identification number are 0800 and its business address is 3024 Topside Business Park, Louisville, TN 37777.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bid Procedures Order.

- 2 -

      PLEASE TAKE FURTHER NOTICE that the Auction currently scheduled on August 22, 2018, at 10:00 a.m. (ET) has been adjourned to September 4, 2018 at 1:00 p.m. (ET).

      PLEASE TAKE FURTHER NOTICE that the Sale Hearing currently scheduled for August 24, 2018 at 10:00 a.m. (ET) has been adjourned to a date to be determined.

Dated: August 21, 2018
       Wilmington, Delaware        BAYARD, P.A.

                                           */s/ Daniel N. Brogan*
                                           Justin R. Alberto (No. 5126)
                                           Erin R. Fay (No. 5268)
                                           Daniel N. Brogan (No. 5723)
                                           Gregory J. Flasser (No. 6154)
                                           600 N. King Street, Suite 400
                                           Wilmington, Delaware 19801
                                           Phone: (302) 655-5000
                                           Email: jalberto@bayardlaw.com
                                                            efay@bayardlaw.com
                                                            dbrogan@bayardlaw.com
                                                           gflasser@bayardlaw.com

                                           *Counsel for the Debtor and*
                                           *Debtor-in-Possession*