IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| ABT MOLECULAR IMAGING, INC.,[1] | Case No. 18-11398 (LSS) |
| Debtor. | **Re: D.I.: 117, 118 and 119** |

**NOTICE OF RESCHEDULED HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT WITH RESPECT TO DEBTOR'S PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

PLEASE TAKE NOTICE that on July 13, 2018 the above-captioned debtor (the "Debtor") filed (i) the *Debtor's Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [D.I. 117] (as may be amended, modified, and/or supplemented, the "Plan") and (ii) the *Disclosure Statement for Debtor's Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [D.I. 118] (as may be amended, modified, and/or supplemented, the "Disclosure Statement") with the Bankruptcy Court. On July 13, 2018, the Debtor also filed a motion [D.I. 119] (the "Solicitation Procedures Motion") seeking entry of an order (the "Disclosure Statement Order") approving (i) the Disclosure Statement, and (ii) the solicitation procedures in connection with solicitation of the Plan (the "Solicitation Procedures").

PLEASE TAKE FURTHER NOTICE that the hearing to consider the entry of the Disclosure Statement Order (the "Disclosure Statement Hearing") previously scheduled for August 24, 2018 at 10:00 a.m. (ET) has been adjourned to a date to be determined.

[*Remainder of page intentionally left blank.*]

---

[1] The last four digits of the Debtor's federal tax identification number are 0800 and its business address is 3024 Topside Business Park, Louisville, TN 37777.

{BAY:03342776v1}

| | |
|---|---|
| Dated: August 22, 2018<br>Wilmington, Delaware | BAYARD, P.A.<br><br>*/s/ Daniel N. Brogan*<br>Justin R. Alberto (No. 5126)<br>Erin R. Fay (No. 5268)<br>Daniel N. Brogan (No. 5723)<br>Gregory J. Flasser (No. 6154)<br>600 N. King Street, Suite 400<br>Wilmington, Delaware 19801<br>Phone: (302) 655-5000<br>Email: jalberto@bayardlaw.com<br>          efay@bayardlaw.com<br>          dbrogan@bayardlaw.com<br>          gflasser@bayardlaw.com<br><br>*Counsel for the Debtor and*<br>*Debtor-in-Possession* |